# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BELL SEMICONDUCTOR, LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>NXP USA, INC.,<br><br>　　　　　　　　　Defendant. | Case No. 22-cv-1527-BAS-KSC<br><br>**ORDER GRANTING UNOPPOSED MOTION TO STAY PROCEEDING (ECF No. 19)** |

Before this Court is Defendant's unopposed motion seeking a mandatory stay of the instant case under 28 U.S.C. § 1659 until the determination of the United States International Trade Commission ("Commission") in *Electronic Devices, Semiconductor Devices and Components Thereof*, Inv. No. 337-TA-1340 ("ITC Investigation 337-TA-1340"), becomes final, including any appeals. (Stay Mot., ECF No. 19.)

Under 28 U.S.C. § 1659, "at the request of a party to the civil action that is also a respondent in the proceeding before the Commission, the district court shall stay, until the determination of the Commission becomes final proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission." The purpose of this mandatory stay "is to prevent separate proceedings on the same issues occurring at the same time" and to avoid duplicative and inefficient consumption of the court's and the parties' resources. *In re Princo Corp.*, 478 F.3d 1345,

1355 (Fed. Cir. 2007); *see also Polmyer Tech. Sys., Inc. v. ACON Lab'ys, Inc.*, No. 18-CV-0805-H-HLB, 2018 WL 3388123, at *2 (S.D. Cal. July 11, 2018) (applying stay provision).

The Court finds § 1659 applies here.  Hence, the Court **GRANTS** the Stay Motion (ECF No. 19) and **STAYS** this action pending final decision in ITC Investigation 337-TA-1340.  Further, the Court **ORDERS** the parties to file a joint status report **by no later than March 3, 2023**, and to file a joint status report every six months thereafter until ITC Investigation 337-TA-1340 has concluded.  The Court also **ORDERS** the parties to file a joint status report within ten (10) days after the Commission issues its final decision in Investigation 337-TA-1340.

**IT IS SO ORDERED.**

DATED: January 5, 2023

Hon. Cynthia Bashant
United States District Judge